MORTON, APPELLANT, *v.* HILDEBRANDT, ET AL., APPELLEES.

[Cite as Morton *v.* Hildebrandt (1986), 22 Ohio St. 3d 86.]

(No. 85-1764—Decided February 5, 1986.)

*Lindhorst & Dreidame* and *Leo J. Breslin,* for appellant.

*Rendigs, Fry, Kiely & Dennis* and *Michael E. Maundrell,* for appellee Warren County Commissioners.

*James L. Flannery,* prosecuting attorney, and *Timothy A. Oliver,* for appellee Craig R. Pendleton, Warren County Engineer.

*Droder & Miller Co., L.P.A.,* and *W. John Sellins,* for appellees Philip K. and Cathy J. Pope.

*Baden, Jones, Scheper & Crehan Co., L.P.A., James H. Scheper* and *Bradley J. Histed,* for appellee Deerfield Township Trustees.

This cause on appeal from the court of appeals (case No. C-840679) is reversed on authority of *Wilfong* v. *Batdorf* (1983), 6 Ohio St. 3d 100, and *Enghauser Mfg. Co.* v. *Eriksson Engineering Ltd.* (1983), 6 Ohio St. 3d 31.

CELEBREZZE, C.J., SWEENEY, C. BROWN and DOUGLAS, JJ., concur.

LOCHER, HOLMES and WRIGHT, JJ., dissent.